

Jordan M. Smith

Akerman LLP
666 Fifth Avenue
20th Floor
New York, NY  10103

D: 212 880 3838
T: 212 880 3800
F: 212 880 8965
DirF: 212 905 6447
Jordan.Smith@akerman.com

November 19, 2018

**BY ECF**
Hon. Vernon S. Broderick
U.S. District Judge, Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square, Room 415
New York, NY 10007

Re:   Alfred Del Rio, et ano v. McCabe Weisberg & Conway, P.C., et al.
      No. 1:19-cv-10312-VSB
      Request for Extension of Time to Respond to Complaint

Dear Judge Broderick:

We represent New Rez LLC d/b/a Shellpoint Mortgage Servicing (**Shellpoint**) and Then Bank of New York Mellon f/k/a The Bank of New York, as trustee for the Certificateholders of CWALT Inc., Alternative Loan Trust 2007-11T1, Mortgage Pass-Through Certificates, Series 2007-11T1 (**BoNYM**), two of the defendants in the above-referenced case.  We respectfully write, with the consent of plaintiff's counsel Alexander Kadochnikov, Esq., to request an extension of time from December 3, 2019, to December 20, 2019, to respond to the complaint.

The reason for this request is that we need additional time to investigate the allegations of this putative class action complaint, which alleges violations of the Fair Debt Collection Practices Act and N.Y. General Business Law § 349.  This is the first request for an extension of time to answer or otherwise respond to the complaint.

For the above reasons, we respectfully request the Court extend Shellpoint and BoNYM's time to answer or otherwise respond to the complaint to December 20, 2019.

Thank you for your consideration of this request.

Respectfully,

/s/ Jordan M. Smith

Jordan M. Smith

cc:   Alexander Kadochnikov, Esq. (by ECF)

akerman.com

50869176;1