UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALFRED DEL RIO A/K/A ALFREDO DEL RIO and OLIVIA DEL RIO, : <br> Plaintiffs, : <br> v. : <br> : <br> McCABE, WEISBERG &CONWAY, LLC; : <br> NEWREZ LLC D/B/A SHELLPOINT : <br> MORTGAGE SERVICING; and THE BANK : <br> OF NEW YORK MELLON F/K/A THE BANK : <br> OF NEW YORK, AS TRUSTEE FOR THE : <br> CERTIFICATE HOLDERS OF CWALT INC., : <br> ALTERNATIVE LOAN TRUST 2007-11T1, : <br> MORTGAGE PASS-THROUGH : <br> CERTIFICATES, SERIES 2007-11T1 : <br> Defendants. | Docket No.: 1:19-cv-10312 |

## **NOTICE OF APPEARANCE**

TO THE CLERK OF THIS COURT:

     PLEASE TAKE NOTICE that Edmund K. John, Esquire, of Swartz Campbell LLC hereby appears as counsel on behalf of defendant, McCabe, Weisberg & Conway, LLC, with respect to the above captioned matter; and certifies that he is admitted to practice before this Court.

                                Respectfully submitted,

                              /s/ Edmund K. John
                              Edmund K. John
                              SWARTZ CAMPBELL LLC
                              1650 Market Street. 38th Floor
                              Philadelphia, PA 19103
                              (215) 564-5190
                              ejohn@swartzcampbell.com

                              Attorney for McCabe, Weisberg & Conway, LLC

DATE: December 5, 2019

## **CERTIFICATE OF SERVICE**

    I, Edmund K. John, hereby certify that I caused a true and correct copy of the notice of appearance to be served upon all parties via ECF on December 5, 2019:

/s/ Edmund K. John<br>Edmund K. John