

Swartz Campbell LLC
One Liberty Place
1650 Market St Fl 38
Philadelphia PA 19103

voice (215) 299-4319
facsimile (215) 299-4301
ejohn@swartzcampbell.com
www.swartzcampbell.com

**Edmund K. John**
*Attorney at Law*

December 5, 2019

**VIA ECF**
The Honorable Vernon S. Broderick
US District Judge, Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square, Room 415
New York, NY 10007

> APPLICATION GRANTED
> SO ORDERED /s/ Vernon Broderick
> VERNON S. BRODERICK
> U.S.D.J. 12/6/2019

      RE:     Alfred Del Rio, et al. v. McCabe Weisberg & Conway, LLC, et al.
                Case No. 1:19-cv-10312

Dear Judge Broderick:

     We represent McCabe, Weisberg & Company, LLC in the above-referenced matter. We respectfully write, with the consent of plaintiffs' counsel Alexander Kadochnikov, Esq., to request an extension of time from December 9, 2019 to January 8, 2020, to respond to the Complaint.

     The reason for this request is that we were recently retained to represent McCabe, Weisberg & Conway, LLC in this matter, and we need additional time to investigate the allegations in this matter. Additionally, the main attorney handling this matter is currently out of the country on vacation until December 17, 2019. This is the first request for an extension of time to answer or otherwise respond to the Complaint.

     For the above reasons, we respectfully request the Court extend McCabe, Weisberg & Conway, LLC's time to answer or otherwise respond to the Complaint to January 8, 2020. Thank you for your consideration of this request.

                               Very truly yours,

                               SWARTZ CAMPBELL LLC

                               /s/ Edmund K. John
                               EDMUND K. JOHN

EKJ

cc:     Alexander Kadochnikov, Esquire
         Jordan Smith, Esquire, Esquire (all via email)