# akerman

Jordan M. Smith

Akerman LLP
666 Fifth Avenue
20th Floor
New York, NY 10103

D: 212 880 3838
T: 212 880 3800
F: 212 880 8965
DirF: 212 905 6447
Jordan.Smith@akerman.com

February 19, 2020

**BY ECF**
Hon. Vernon S. Broderick
U.S. District Judge, Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square, Room 415
New York, NY 10007

Defendants' request for oral argument is denied. If I find that oral argument would be helpful to me on this motion I will schedule it with the parties.

SO ORDERED:

*Vernon Broderick*

HON. VERNON S. BRODERICK 2/21/2020
UNITED STATES DISTRICT JUDGE

**Re:** **Alfred Del Rio, et ano v. McCabe Weisberg & Conway, P.C., et al.**
**No. 1:19-cv-10312-VSB**
**Oral Argument Request**

Dear Judge Broderick:

We represent New Rez LLC d/b/a Shellpoint Mortgage Servicing (**Shellpoint**) and The Bank of New York Mellon f/k/a The Bank of New York, as trustee for the Certificateholders of CWALT Inc., Alternative Loan Trust 2007-11T1, Mortgage Pass-Through Certificates, Series 2007-11T1 (**BoNYM**), two of the defendants in the above-referenced case. We filed a motion to dismiss the complaint and strike class allegations yesterday.

We respectfully write pursuant to section 4(J) of Your Honor's individual rules to request this motion be scheduled for oral argument after it is fully briefed. The Court-approved briefing schedule calls for completion of briefing after defendants submit their reply papers on March 27, 2020.

Thank you for your consideration of this request.

Respectfully,

/s/ Jordan M. Smith

Jordan M. Smith

cc:     Alexander Kadochnikov, Esq. (by ECF)
        Candidus Dougherty, Esq. (by ECF)