UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X     Case #: **1:19-cv-10312-VSB**

ALFRED DEL RIO A/K/A ALFREDO DEL
RIO and OLIVIA DEL RIO

Plaintiff

--against—

McCABE, WEISBERG & CONWAY, LLC;
NEWREZ LLC D/B/A SHELLPOINT MORTGAGE
SERVICING; and THE BANK OF NEW YORK
MELLON FKA THE BANK OF NEW YORK, AS
TRUSTEE FOR THE CERTIFICATEHOLDERS OF
CWALT INC., ALTERNATIVE LOAN TRUST 2007-11T1,
MORTGAGE PASS-THROUGH CERTIFICATES, SERIES
2007-11T1

Defendants

---------------------------------------------------------------X

## NOTICE OF WITHDRAWAL OF APPEARANCE

**PLEASE TAKE NOTICE** that, due to a change of employment, the undersigned hereby withdraws his appearance as counsel of record for the Plaintiffs ALFRED DEL RIO A/K/A ALFREDO DEL RIO and OLIVIA DEL RIO in this proceeding. The undersigned respectfully requests that his appearance be removed from this matter in order to cease notifications. This Notice shall not affect the appearance of any other attorneys in this matter and two other attorneys from Shiryak, Bowman, Anderson, Gill & Kadochnikov, LLP will continue to represent Plaintiffs.

Dated: Kew Gardens, New York
      August 26, 2020

/s/ Andreas E. Christou, Esq.
**Shiryak, Bowman, Anderson, Gill & Kadochnikov, LLP**
80-02 Kew Gardens Road, Suite 600
Kew Gardens, NY 11415
718-263-6800
achristou@abzlaw.com
