```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------- X
                                                        :
ALFRED DEL RIO,                                         :
                                                        :
                          Plaintiff,                    :
                                                        :                19-CV-10312 (VSB)
              -against-                                 :
                                                        :                     ORDER
MCCABE WEISBERG & CONWAY, LLC,                          :
et al.,                                                 :
                                                        :
                          Defendants.                   :
                                                        :
------------------------------------------------------- X
```

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/12/2021
```

<u>VERNON S. BRODERICK, United States District Judge</u>:

Defendants filed motions to dismiss and to strike the class allegations on January 8, 2020. (Docs. 26, 30.)  Thereafter, Plaintiff filed an amended complaint, (Doc. 34), and Defendants filed motions to dismiss the amended complaint and to strike class allegations, (Docs. 41, 44.) Defendants are directed to inform me whether their original motions to dismiss and strike class allegations that were directed at the original complaint, (Docs. 26, 30), are now moot. Accordingly, it is hereby:

ORDERED, that by May 19, 2021, Defendants indicate whether their original motions to dismiss and strike the class allegations are moot.

SO ORDERED.

Dated: May 12, 2021
      New York, New York

*(signature)*

Vernon S. Broderick
United States District Judge