

**Candidus K. Dougherty**
*Attorney at Law*

Swartz Campbell LLC
One Liberty Place
1650 Market St Fl 38
Philadelphia PA 19103

voice (215) 299-4296
facsimile (215) 299-4301
cdougherty@swartzcampbell.com
www.swartzcampbell.com

May 19, 2021

**VIA ECF**
The Honorable Vernon S. Broderick
United States District Court for the Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square, Room 415
New York, NY 10007

        **RE:**     Alfred Del Rio, et al. v. McCabe Weisberg & Conway, P.C., et al.
                  No. 1:19-cv-10312-VSB

Dear Judge Broderick:

      We represent defendant, McCabe, Weisberg & Conway, LLC ("McCabe"). We write in response to the Court's order dated May 12, 2021. It is McCabe's understanding that the filing of plaintiff's amended complaint (Doc. 34) mooted defendant's motion to dismiss (Doc. 30). McCabe relies on its motion to dismiss plaintiff's amended complaint (Doc. 46).

                                                    Very truly yours,

                                                    SWARTZ CAMPBELL LLC

                                                    /s/ Candidus K. Dougherty
JBM/CKD                                     JEFFREY B. McCARRON
                                              CANDIDUS K. DOUGHERTY

cc: Jordan M. Smith, Esquire (via ECF)
    Mark S. Anderson, Esquire (via ECF)