UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

ALFRED DEL RIO A/K/A ALFREDO DEL RIO
and OLIVIA DEL RIO,

               Plaintiffs,                   19 **CIVIL** 10312 (VSB)

       -against-                           **JUDGMENT**

McCABE, WEISBERG & CONWAY, LLC, et al.,

               Defendants.

-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated November 16, 2021, Defendants' motions to dismiss are hereby GRANTED. Since Plaintiffs' substantive claims upon which the class claims are based have all been dismissed, I need not address Defendants' motions to strike class claims; accordingly, the case is closed.

**Dated:**  New York, New York
           November 16, 2021

                                                      **RUBY J. KRAJICK**
                                                         Clerk of Court
                                               **BY:**
                                                           Deputy Clerk